■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH PORTER, Appellant.—Judgment unanimously modified on the law by vacating the mandatory surcharge imposed and as modified affirmed *(see, People v Floyd J.,* 61 NY2d 895; *People v Spencer,* 138 AD2d 976; Penal Law § 60.35 [1]; CPL 720.35 [1]). (Appeal from judgment of Erie County Court, La Mendola, J.—violation of probation.) Present—Denman, J. P., Boomer, Green, Pine and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN E. DZIEDZEC, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Flynn, Jr., J.—murder, second degree, and another charge.) Present—Denman, J. P., Boomer, Green, Pine and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY LEE THOMAS, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant's argument that he was denied a fair trial by the prosecutor's remarks on summation, to which no objection was made, is without merit. The remarks were fair comment on defense counsel's summation and a fair response to defense counsel's cross-examination of the victim *(see, People v Rubin,* 101 AD2d 71, 77-78).

We have examined defendant's remaining arguments on appeal and find them to be without merit. (Appeal from judgment of Monroe County Court, Wisner, J.—attempted rape, first degree.) Present—Denman, J. P., Boomer, Green, Pine and Davis, JJ.